UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE



FILED
VANESSA L. ARMSTRONG
JAN 08 2014
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CRIMINAL ACTION NO: 3:14 CR-3-H |
| BRIAN SCOTT REED | DEFENDANT |

### ACKNOWLEDGMENT OF RIGHT TO APPOINTMENT OF COUNSEL
and Entry of Appearance

I, the defendant in the above-styled case, having been advised by the United States Magistrate Judge of my right to be represented by counsel, and having been asked by the Magistrate Judge if I desire counsel to be appointed, do hereby, in open Court voluntarily waive appointment of counsel.

Dated: 1-8-2014

_____
DEFENDANT

_____
Frank Mascagni III
COUNSEL/WITNESS
701 W. Jefferson St.
Louisville Ky 40202
(502) 583-2831
FAX (502) 583-3701
frankmascagniiii@hotmail.com