| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 0644 3:14CR00003 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Western District Of Kentucky | DIVISION |
|---|---|---|
| Brian S. Reed Concord, North Carolina 28027 | NAME OF SENTENCING JUDGE Thomas B. Russell, Senior Judge, United States District Court | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/7/17 | TO 11/6/22 |

**OFFENSE**
Conspiracy to Knowingly and Intentionally Possess with Intent to Distribute and Distribute Heroin

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Middle District of North Carolina__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

January 16, 2018
Date

*Thomas B. Russell*
Thomas B. Russell, Senior Judge
United States District Court

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Middle__ DISTRICT OF __North Carolina__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1-23-2018
Effective Date

United States District Judge