CASREF,COMPLEX,SUBDW

# U.S. District Court
## Western District of Kentucky (Louisville)
## CRIMINAL DOCKET FOR CASE #: <u>3:14–cr–00003–TBR–DW</u>–1

Case title: USA v. Reed et al

Date Filed: 01/07/2014
Date Terminated: 03/02/2016

Assigned to: Senior Judge
Thomas B. Russell
Referred to: Magistrate Judge
Dave Whalin

### Defendant (1)

**Brian S. Reed**
*TERMINATED: 03/02/2016*
*also known as*
"B"
*TERMINATED: 03/02/2016*

represented by **Frank Mascagni , III**
228 S. Seventh Street
Louisville, KY 40202
502–583–2831
Fax: 502–583–3701
Email: FrankMascagniIII@hotmail.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 21 USC 846 and 841(b)(1)(A) CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND DISTRIBUTION OF HEROIN (1) | Imprisonment 24 months; Supervised Release 5 years; SPA $100 |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| Felony | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Amy M. Sullivan** |

represented by **Amy M. Sullivan**
U.S. Attorney Office – Louisville
717 W. Broadway
Louisville, KY 40202
502–582–5449
Fax: 502–582–5067
Email: amy.sullivan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Scott Davis**
U.S. Attorney Office – Louisville
717 W. Broadway
Louisville, KY 40202
502–582–5911
Email: scott.davis@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/07/2014 | 1 | 10 | INDICTMENT as to Seal 1 (1) count(s) 1, Seal 2 (2) count(s) 1, 2, Seal 3 (3) count(s) 1, Seal 4 (4) count(s) 1, Seal 5 (5) count(s) 1, Seal 6 (6) count(s) 1, Seal 7 (7) count(s) 1, Seal 8 (8) count(s) 1, Seal 9 (9) count(s) 1, Seal 10 (10) count(s) 2. (TBS) (Entered: 01/08/2014) |
| 01/07/2014 | 2 | | Case Assignment (Random Selection): Case Assigned to Judge John G. Heyburn II. Magistrate designation: James D. Moyer. (TBS) (Entered: 01/08/2014) |
| 01/07/2014 | 3 | | UNREDACTED DOCUMENT re 1 Indictment, (TBS) (Entered: 01/08/2014) |
| 01/07/2014 | 4 | | NOTICE OF ATTORNEY APPEARANCE J. Scott Davis appearing for USA. (TBS) (Entered: 01/08/2014) |
| 01/07/2014 | 5 | | MOTION by USA to Seal Case. (TBS) (Entered: 01/08/2014) |
| 01/07/2014 | 6 | | ORDER by Judge John G. Heyburn, II on 1/7/2014 granting 5 Motion to Seal Case. cc: USA (TBS) (Entered: 01/08/2014) |
| 01/07/2014 | 7 | | Sealed Document (TBS) (Entered: 01/08/2014) |
| 01/08/2014 | 25 | | Warrant Returned Executed in case as to Seal 1 (TBS) (Entered: 01/09/2014) |
| 01/08/2014 | | | Arrest of Seal 1, Seal 8, Seal 9 (TBS) (Entered: 01/09/2014) |
| 01/08/2014 | | | Case unsealed (TBS) (Entered: 01/09/2014) |
| 01/08/2014 | 30 | | NOTICE OF ATTORNEY APPEARANCE: Frank Mascagni, III appearing for Brian S. Reed (TLB) (Entered: 01/09/2014) |
| 01/08/2014 | 31 | | |

| | | | WAIVER OF APPOINTMENT OF COUNSEL by Brian S. Reed (TLB) (Entered: 01/09/2014) |
|---|---|---|---|
| 01/08/2014 | 33 | | CJA 23 Financial Affidavit by Brian S. Reed (TLB) (Entered: 01/10/2014) |
| 01/08/2014 | | | Proceedings held before Magistrate Judge James D. Moyer: initial appearance and arraignment as to Brian S. Reed held on 1/8/2014. (TLB) (Entered: 01/10/2014) |
| 01/08/2014 | 38 | | Bond Entered as to Brian S. Reed in amount of $ $50,000, with order setting conditions of release. (TLB) (Entered: 01/10/2014) |
| 01/10/2014 | 37 | | ORDER (EBOC) by Magistrate Judge James D. Moyer on 1/8/2014 as to Brian S. Reed ; initial appearance and arraignment held 1/8/2014; NG plea entered; Jury Trial set for 3/12/2014 09:30 AM in Louisville Courtroom before Judge John G. Heyburn II. Pre–trial Memorandum due 7 days prior to trial; defendant released on $50,000 bond. cc:counsel, USP, Jury Clerk (TLB) (Entered: 01/10/2014) |
| 03/05/2014 | 64 | | Unopposed MOTION to Continue *Trial*, Unopposed MOTION to Declare Complex by USA as to Brian S. Reed, Stacy T. Todd, Jesse K. Todd, Enrique V. Valencia, Miguel A. Garcia, Angel Gomez, Jerry E. Douglas, Jr, Deboe Dawson, Randall Marshall, Timothy J. Taylor. Responses due by 3/24/2014 (Attachments: # 1 Proposed Order) (Davis, J.) (Entered: 03/05/2014) |
| 03/06/2014 | 66 | | ORDER (EBOC) by Judge John G. Heyburn, II on 3/6/14 as to all defendants: The matter is REFERRED to Magistrate Judge Dave Whalin for the purpose of conducting any hearings necessary in this matter. cc:counsel, AH (JBM) (Entered: 03/06/2014) |
| 03/07/2014 | 69 | | ORDER by Judge John G. Heyburn, II on 3/7/2014 as to Brian S. Reed, Stacy T. Todd, Jesse K. Todd, Jerry E. Douglas Jr., Deboe Dawson, Randall Marshall, Timothy J. Taylor; 64 Motion to Continue and Declare Complex GRANTED; 3/12/2014 jury trial REMANDED; Status Conference set for 5/16/2014 10:00 AM in Louisville Courtroom before USMJ Dave Whalin. cc:counsel, Jury Clerk (TLB) (Entered: 03/07/2014) |
| 03/13/2014 | 73 | | NOTICE *Bill of Particulars for Forfeiture of Property* by USA re 1 Indictment, (Davis, J.) (Entered: 03/13/2014) |
| 05/19/2014 | 87 | | ORDER for proceedings held before Magistrate Judge Dave Whalin:Status Conference as to Brian S. Reed, Stacy T. Todd, Jesse K. Todd, Miguel A. Garcia, Angel Gomez, Jerry E. Douglas, Jr, Deboe Dawson, Randall Marshall, Timothy J. Taylor held on 5/16/2014; Further Proceedings/Status Conference set for 7/24/2014 at 1:00 PM in Louisville Courtroom before Senior Judge John G. Heyburn II. (Court Reporter Alan Wernecke.) cc:counsel (JBM) (Entered: 05/19/2014) |
| 07/24/2014 | | | Proceedings held before Senior Judge John G. Heyburn, II:Status Conference as to Brian S. Reed, Stacy T. Todd, Jesse K. Todd, Miguel A. Garcia, Angel Gomez, Jerry E. Douglas, Jr, Deboe Dawson, Randall Marshall, Timothy J. Taylor held on 7/24/2014 (Court Reporter Alan Wernecke.) (JBM) (Entered: 07/25/2014) |
| 07/25/2014 | 94 | | ORDER by Senior Judge John G. Heyburn, II on 7/25/14 as to Brian S. Reed, Stacy T. Todd, Jesse K. Todd, Miguel A. Garcia, Angel: Gomez, Jerry E. |

| | | | |
|---|---|---|---|
| | | | Douglas, Jr, Deboe Dawson, Randall Marshall, Timothy J. Taylor Status Conference set for 9/29/2014 at 12:00 PM in Louisville Courtroom before Senior Judge John G. Heyburn II. Counsel are instructed that if a waiver of a defendants appearance is requested by the Court, counsel shall file such an waiver within SEVEN (7) days of the next hearing. cc:counsel (JBM) (Entered: 07/25/2014) |
| 09/29/2014 | | | Proceedings held before Senior Judge John G. Heyburn, II:Status Hearing as to Brian S. Reed, Stacy T. Todd, Jesse K. Todd, Miguel A. Garcia, Angel Gomez, Jerry E. Douglas, Jr, Randall Marshall, Timothy J. Taylor held on 9/29/2014 (Court Reporter Alan Wernecke.) (TG) (Entered: 10/01/2014) |
| 10/01/2014 | 108 | | ORDER by Senior Judge John G. Heyburn, II on 9/30/14; as to Brian S. Reed, Stacy T. Todd, Jesse K. Todd, Miguel A. Garcia, Angel Gomez, Jerry E. Douglas, Jr, Randall Marshall, Timothy J. Taylor. Further Proceeding/Status Conference set for 10/14/2014 01:30 PM in Louisville Courtroom before Senior Judge John G. Heyburn II. By agreement of counsel, defendants, M. Garcia, A. Gomez, and Jerry E. Douglas appearances are waived at the hearing for October 14, 2014, unless counsel believes their appearance is necessary for the hearing. cc:counsel, USP (TG) (Entered: 10/01/2014) |
| 10/07/2014 | 110 | | ORDER (EBOC) by Senior Judge John G. Heyburn, II on 10/6/2014 as to Brian S. Reed, Stacy T. Todd, Jesse K. Todd, Miguel A. Garcia, Angel Gomez, Jerry E. Douglas, Jr, Randall Marshall, Timothy J. Taylor: Status Conference RESET for 10/21/2014 at 1:30 PM in Louisville Courtroom before Senior Judge John G. Heyburn II. cc:counsel, USP (JBM) (Entered: 10/07/2014) |
| 10/24/2014 | 113 | | ORDER for proceedings held before Senior Judge John G. Heyburn, II: Status Conference as to Brian S. Reed, Stacy T. Todd, Jesse K. Todd, Miguel A. Garcia, Angel Gomez, Jerry E. Douglas, Jr, Randall Marshall, Timothy J. Taylor held on 10/21/2014. Further Proceedings/Status Conference set for 12/22/2014 at 11:00 AM before Senior Judge John G. Heyburn II. By agreement of counsel, defendants, M. Garcia, A. Gomez, and Jerry E. Douglas appearances are waived at the hearing for 12/22/2014, unless counsel believes their appearance is necessary for the hearing. (Court Reporter Alan Wernecke.) cc: Counsel (CDR) (Entered: 10/24/2014) |
| 12/18/2014 | 117 | | TEXT ORDER by Senior Judge John G. Heyburn, II on 12/18/2014; Timothy J. Taylor re 116 MOTION *TO WAIVE APPEARANCE* filed by Timothy J. Taylor ––granted to waive dft. appearance.<br><br>This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.<br><br>cc:counsel (ARM) (Entered: 12/18/2014) |
| 12/22/2014 | | | Proceedings held before Senior Judge John G. Heyburn, II:Status Conference as to Brian S. Reed, Stacy T. Todd, Jesse K. Todd, Enrique V. Valencia, Miguel A. Garcia, Angel Gomez, Jerry E. Douglas, Jr, Randall Marshall, Timothy J. Taylor held on 12/22/2014 (Court Reporter Alan Wernecke.) (DAK) (Entered: 12/23/2014) |
| 12/23/2014 | 118 | | |

| | | | |
|---|---|---|---|
| | | | ORDER – A Status Hearing was held before Senior Judge John G. Heyburn, II on 12/22/2014 as to Brian S. Reed, Stacy T. Todd, Jesse K. Todd, Miguel A. Garcia, Angel Gomez, Jerry E. Douglas, Jr, Randall Marshall, Timothy J. Taylor – Matter is continued for further proceedings/Status Conference set for 2/20/2015 01:00 PM in Louisville Courtroom before Senior Judge John G. Heyburn II. A JURY TRIAL is set for MAY 18, 2015 at 9:30 a.m. Expected length of trial is FIVE (5) DAYS. Trial Memorandum shall be filed seven days prior to that date. cc:counsel, USP, Jury Clerk (DAK) (Entered: 12/23/2014) |
| 01/21/2015 | 123 | | TEXT ORDER by Senior Judge John G. Heyburn, II on 1/21/2015; as to Brian S. Reed, Stacy T. Todd, Jesse K. Todd, Enrique V. Valencia, Miguel A. Garcia, Angel Gomez, Jerry E. Douglas, Jr, Deboe Dawson, Randall Marshall, Timothy J. Taylor–– due to a change in the Court's schedule the hrg. set for 2/20/15 is RESET for a Status Hearing on 3/11/2015 01:00 PM in Louisville Courtroom before Senior Judge John G. Heyburn II. <br><br> <span style="color:red">This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.</span> <br><br> cc:counsel, USP (ARM) (Entered: 01/21/2015) |
| 03/09/2015 | 128 | | ORDER (EBOC) by Senior Judge John G. Heyburn, II on 3/9/2015; as to Brian S. Reed, Stacy T. Todd, Jesse K. Todd, Miguel A. Garcia, Angel Gomez, Jerry E. Douglas, Jr, Randall Marshall, Timothy J. Taylor – The status hearing scheduled for MARCH 11, 2015 at 1:00 p.m. will remain as scheduled, but before Magistrate Judge Dave Whalin. Matter is REFERRED to Magistrate Judge Dave Whalin for disposition of the pretrial motions. cc:counsel, Case Manager–Whalin–AH (DAK) (Entered: 03/09/2015) |
| 03/11/2015 | | | Proceedings held before Magistrate Judge Dave Whalin:Status Conference as to Brian S. Reed, Stacy T. Todd, Jesse K. Todd, Miguel A. Garcia, Angel Gomez, Jerry E. Douglas, Jr, Randall Marshall, Timothy J. Taylor held on 3/11/2015. (JBM) (Entered: 03/12/2015) |
| 03/12/2015 | 132 | | ORDER (EBOC) by Magistrate Judge Dave Whalin on 3/12/2015; as to Brian S. Reed, Stacy T. Todd, Jesse K. Todd, Miguel A. Garcia, Angel Gomez, Jerry E. Douglas, Jr, Randall Marshall, Timothy J. Taylor: the JURY TRIAL SCHEDULED BEFORE JUDGE HEYBURN on 5/18/15 is REMANDED, and reset before USMJ Whalin re– Status Conference set for 5/18/2015 1:00 PM in Louisville Courtroom before Magistrate Judge Dave Whalin. Defendant Jesse K. Todd is remanded to custody. All other defendants shall remain under the terms and conditions of their current bond. cc: counsel, JC (JBM) Modified on 3/13/2015 (ARM). (Entered: 03/12/2015) |
| 05/01/2015 | 139 | | TEXT ORDER by Chief Judge Joseph H. McKinley, Jr on 5/1/2014; Pursuant to GO 2015–02, this case is reassigned to Senior Judge Thomas B. Russell for all further proceedings. Senior Judge John G. Heyburn II is no longer assigned to case. <br><br> <span style="color:red">This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.</span> <br><br> cc: Counsel, TBR (CM) (JBM) (Entered: 05/01/2015) |

| 05/18/2015 | 144 | Order for proceedings held before Magistrate Judge Dave Whalin:Status Conference as to Brian S. Reed, Stacy T. Todd, Jesse K. Todd, Miguel A. Garcia, Angel Gomez, Jerry E. Douglas, Jr, Randall Marshall, Timothy J. Taylor held on 5/18/2015 Telephone Conference set for 6/26/2015 at 10:00 AM before Senior Judge Thomas B. Russell. Change of Plea Hearing scheduled for 6/24/2015 at 2:00 pm for dft Jerry E. Douglas. Change of Plea hearing scheduled for 6/25/2015 at 3:00 pm for dft Randall Marshall. (Court Reporter Alan Wernecke.) cc:counsel (KJA) (Entered: 05/18/2015) |
|---|---|---|
| 06/18/2015 | 147 | TEXT ORDER by Senior Judge Thomas B. Russell on 6/18/15. Counsel wishing to participate in the TELEPHONIC FURTHER PROCEEDINGS ON JUNE 26, 2015 AT 10:00 A.M. EASTERN TIME with Senior Judge Thomas B. Russell must call 1–877–848–7030 then give the Access Code 2523122 and #, then when prompted press # again to join the call.<br><br>This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.<br><br>cc: Counsel, AUSA (KPH) (Entered: 06/18/2015) |
| 06/26/2015 | | Proceedings held before Senior Judge Thomas B. Russell:Telephonic Further Proceedings held on 6/26/2015 (DAK) Modified on 7/6/2015 (DAK). (Entered: 07/06/2015) |
| 07/06/2015 | 150 | ORDER – A telephonic further proceedings was held June 26, 2015 before Senior Judge Thomas B. Russell. Motions to Suppress due by 7/10/2015. A Telephonic Further Proceedings set for 7/20/2015 01:00 PM before Senior Judge Thomas B. Russell. Hearing dates on the motions to suppress shall be set at that time. cc:counsel (DAK) (Entered: 07/06/2015) |
| 08/07/2015 | 162 | Order for proceedings held before Senior Judge Thomas B. Russell:Telephone Conference as to Brian S. Reed, Stacy T. Todd, Jesse K. Todd, Miguel A. Garcia, Angel Gomez, Jerry E. Douglas, Jr, Randall Marshall, Timothy J. Taylor held on 8/7/2015 Telephone Conference set for 8/20/2015 at 12:15 PM before Senior Judge Thomas B. Russell. Counsel must call 1–877–848–7030 then give the Access Code 2523122 and #, then when prompted press # again to join the call. (Court Reporter Terri Turner.) cc:counsel (KJA) (Entered: 08/07/2015) |
| 08/13/2015 | 165 | NOTICE OF ATTORNEY APPEARANCE Amy M. Sullivan appearing for USA. (Sullivan, Amy) (Entered: 08/13/2015) |
| 08/13/2015 | 166 | NOTICE of Filing by USA (Attachments: # 1 Process Receipt and Return) (Sullivan, Amy) (Entered: 08/13/2015) |
| 08/20/2015 | 167 | NOTICE of Filing by USA (Attachments: # 1 Process Receipt and Return) (Sullivan, Amy) (Entered: 08/20/2015) |
| 08/27/2015 | 169 | Order for proceedings held before Senior Judge Thomas B. Russell:Telephone Conference as to Brian S. Reed, Stacy T. Todd, Jesse K. Todd, Miguel A. Garcia, Angel Gomez, Randall Marshall, Timothy J. Taylor held on 8/20/2015; Change of Plea Hearing set for 9/18/2015 at 12:00 PM in Louisville Courtroom before Senior Judge Thomas B. Russell for defendant Brian S. Reed. Suppression Hearing set for 9/18/2015 at 1:00 PM in Louisville Courtroom before Senior Judge Thomas B. Russell for defendant Angel |

| | | | |
|---|---|---|---|
| | | | Gomez., Telephone Conference set for 10/23/2015 at 1:00 PM before Senior Judge Thomas B. Russell. (Court Reporter Terri Turner.) cc:counsel (KJA) (Entered: 08/27/2015) |
| 09/03/2015 | 171 | | NOTICE of Filing by USA (Attachments: # 1 Declaration of Publication) (Sullivan, Amy) (Entered: 09/03/2015) |
| 09/25/2015 | 172 | | ORDER by Senior Judge Thomas B. Russell on 9/25/2015; as to Brian S. Reed ; Change of Plea Hearing set for 11/17/2015 at 9:45 AM in Louisville Courtroom before Senior Judge Thomas B. Russell. cc:counsel (KJA) (Entered: 09/25/2015) |
| 10/22/2015 | 178 | | ORDER by Senior Judge Thomas B. Russell on 10/22/2015 as to Brian S. Reed, et al. – Due to the Court's schedule, the telephonic further proceedings set on October 23, 2015 is CANCELLED and is set on OCTOBER 30, 2015 at 10:30 a.m. EASTERN (LOUISVILLE) TIME. cc:counsel (DAK) (Entered: 10/22/2015) |
| 10/30/2015 | 180 | | ORDER by Senior Judge Thomas B. Russell on 10/30/2015; as to Brian S. Reed, Stacy T. Todd, Jesse K. Todd, Enrique V. Valencia, Miguel A. Garcia, Angel Gomez, Jerry E. Douglas, Jr, Randall Marshall, Timothy J. Taylor ; Telephone Conference set for 11/5/2015 10:30 AM before Senior Judge Thomas B. Russell.Counsel call 1–877–848–7030 then give the Access Code 2523122and #, then when prompted press # again to join the call. cc:counsel (KJA) (Entered: 10/30/2015) |
| 11/17/2015 | 183 | | Scheduling Order for proceedings held before Senior Judge Thomas B. Russell:Telephone Conference as to Brian S. Reed, Stacy T. Todd, Jesse K. Todd, Miguel A. Garcia, Angel Gomez, Randall Marshall, Timothy J. Taylor held on 11/5/2015; Motions due by 12/18/2015., Jury Trial set for 2/22/2016 at 9:00 AM in Louisville Courtroom before Senior Judge Thomas B. Russell., Suppression Hearing set for 12/9/2015 at 4:00 PM in Louisville Courtroom before Senior Judge Thomas B. Russell for defendant Angel Gomez. Telephone Conference set for 1/15/2016 at 10:00 AM before Senior Judge Thomas B. Russell. Counsel must call 1–877–848–7030 then give the Access Code 2523122 and #, then when prompted press # again to join the call. (Court Reporter Terri Turner.) cc:counsel (KJA) (Entered: 11/17/2015) |
| 11/17/2015 | 184 | | PLEA AGREEMENT as to Brian S. Reed (KJA) (Entered: 11/17/2015) |
| 11/17/2015 | 185 | | SEALED Supplemental Plea Agreement re 184 Plea Agreement. (KJA) (Entered: 11/18/2015) |
| 11/17/2015 | | | Proceedings held before Senior Judge Thomas B. Russell:Change of Plea Hearing as to Brian S. Reed held on 11/17/2015, Plea entered by Brian S. Reed (1) Guilty Count 1. (Court Reporter Dena Legg.) (KJA) (Entered: 11/23/2015) |
| 11/23/2015 | 186 | | ORDER by Senior Judge Thomas B. Russell on 11/23/2015; as to Brian S. Reed Sentencing set for 2/24/2016 at 11:30 AM in Louisville Courtroom before Senior Judge Thomas B. Russell. cc:counsel (KJA) (Entered: 11/23/2015) |
| 11/23/2015 | 187 | | SENTENCING ORDER by Senior Judge Thomas B. Russell on 11/23/2015; as to Brian S. Reed cc:counsel (KJA) (Entered: 11/23/2015) |

| 01/20/2016 | 194 | | DISCLOSURE PRESENTENCE INVESTIGATION REPORT as to Brian S. Reed Counsel shall refer to the Court's website:http://www.kywd.uscourts.gov/e–filing Re:How Do I View Restricted Documents. (Attachments: # 1 Cover Sheet and Proposed Conditions) (lh) (Entered: 01/20/2016) |
| 01/20/2016 | 195 | | ORDER – A telephone further proceedings was held on January 15, 2016 before Senior Judge Thomas B. Russell. The jury trial set for February 22, 2016 is VACATED. The change of plea hearing set on January 19, 2016 for Defendant AngelGomez (6) is CANCELLED. The change of plea hearing for Defendant Miguel A. Garcia (5) remains a set on January 19, 2016. A further Telephonic Conference set for 2/5/2016 12:00 PM before Senior Judge Thomas B. Russell. (Court Reporter Terri Turner.) cc: Counsel (DAK) (Entered: 01/20/2016) |
| 01/26/2016 | 201 | | TEXT ORDER by Senior Judge Thomas B. Russell on 1/26/16.The TELEPHONIC FURTHER PROCEEDINGS set on February 5, 2016 shall be held at 9:45 a.m. Eastern (Louisville) Time. (Not 12:00) Counsel must call 1–877–848–7030 then give the Access Code 2523122 and #, then when prompted press # again to join the call. The United States shall contact any counsel for defendant that is ready for a plea hearing and jointly contact the Magistrate Judge for a plea hearing date prior to the February 5 phone call with the undersigned. Counsel for defendants that currently have a plea hearing set, have entered a plea and are set for sentencing, do not have to attend the conference call. All other counsel shall be on the call.<br><br>This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.<br><br>cc: Counsel, AUSA (KPH) (Entered: 01/26/2016) |
| 02/10/2016 | 202 | | Order for proceedings held before Senior Judge Thomas B. Russell:Telephone Conference as to Brian S. Reed, Stacy T. Todd, Jesse K. Todd, Angel Gomez, Randall Marshall, Timothy J. Taylor held on 2/10/2016; Change of Plea Hearing set for 2/23/2016 at 2:15 PM in Louisville Courtroom before Senior Judge Thomas B. Russell for defendants Stacy Todd, Jesse Todd, Angel Gomez and Randall Marshall. Counsel for defendant Timothy Taylor shall notify the Court on or before 2/23/2016 as to whether the Court should schedule his case for a trial or change of plea. (Court Reporter Terri Turner.) cc:counsel (KJA) (Entered: 02/10/2016) |
| 02/16/2016 | 204 | | FINAL PRESENTENCE INVESTIGATION REPORT (including addendum) as to Brian S. Reed Counsel shall refer to the Court's website:http://www.kywd.uscourts.gov/e–filing Re:How Do I View Restricted Documents. (Attachments: # 1 Addendum) (lh) (Entered: 02/16/2016) |
| 02/24/2016 | 210 | | Proceedings held before Senior Judge Thomas B. Russell:Sentencing held on 2/24/2016. (Court Reporter Alan Wernecke.) (KJA) (Entered: 03/02/2016) |
| 03/02/2016 | 211 | 16 | JUDGMENT and COMMITMENT ORDER by Senior Judge Thomas B. Russell on 3/2/2016; as to Brian S. Reed (1), Count(s) 1, Imprisonment 24 months; Supervised Release 5 years; SPA $100. cc:counsel (KJA) (Entered: 03/02/2016) |

| 03/03/2016 | 212 | | Statement of Reason(Sealed) re: 211 Judgment and Commitment. cc:USA/Applicable Counsel (DAK) (Entered: 03/03/2016) |
|---|---|---|---|
| 01/16/2018 | 301 | | Notice to Middle District of North Carolina of a Transfer ofJurisdiction request as to James Travis Fowler. Jurisdiction will be transferred upon Courts acceptance. (KJA) (Entered: 01/16/2018) |
| 01/31/2018 | 303 | 23 | Supervised Release Jurisdiction Transferred to Middle North Carolina as to Brian S. Reed (KJA) (Entered: 01/31/2018) |

**FILED**

VANESSA L. ARMSTRONG, CLERK

JAN 07 2014

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

INDICTMENT

v.

NO.    3:14CR-3-H

**BRIAN S. REED**, a/k/a "B"
**STACY T. TODD**
**JESSE K. TODD**
**ENRIQUE V. VALENCIA**
**MIGUEL A. GARCIA**
**ANGEL GOMEZ**
**JERRY E. DOUGLAS JR.**
**DEBOE DAWSON**
**RANDALL MARSHALL**
**TIMOTHY J. TAYLOR**

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 846
21 U.S.C. § 853
18 U.S.C. § 982(a)(1)

The Grand Jury charges:

## COUNT 1

From on or about April, 2013, until on or about January 6, 2014, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendants, **BRIAN S. REED**, a/k/a "B", **STACY T. TODD, JESSE K. TODD, ENRIQUE V. VALENCIA, MIGUEL A. GARCIA, ANGEL GOMEZ, JERRY E. DOUGLAS JR., DEBOE DAWSON,** and **RANDALL MARSHALL,** knowingly and intentionally conspired with each other and others, to possess with the intent to distribute and to distribute one kilogram or more of a mixture and substance containing heroin, a Schedule I controlled substance as defined by Title 21, United States Code, Section 812, in violation of Title 21, United States Code 841(a)(1).

In violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

10

The Grand Jury further charges:

## COUNT 2

On or about January 6, 2014, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendants, **STACY T. TODD** and **TIMOTHY J. TAYLOR**, knowingly and intentionally attempted to possess with the intent to distribute one kilogram or more of a mixture and substance containing heroin, a Schedule I controlled substance as defined by Title 21, United States Code, Section 812, in violation of Title 21, United States Code 841(a)(1).

In violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846, as alleged in this Indictment, felonies punishable by imprisonment for more than one year, the defendants, **BRIAN S. REED**, a/k/a "B", **STACY T. TODD, JESSE K. TODD, ENRIQUE V. VALENCIA, MIGUEL A. GARCIA, ANGEL GOMEZ, JERRY E. DOUGLAS JR., DEBOE DAWSON, RANDALL MARSHALL,** and **TIMOTHY J. TAYLOR,** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, and Title 18, United States Code 982(a)(1), any and all property constituting, or derived from, proceeds the defendants obtained, directly or indirectly, as a result of said offenses, and any and all of the defendants' property used, or intended to be used, in any manner or part, to

2

11

commit or to facilitate the commission of the violations involved in the offenses, as alleged in

Counts 1-2 of this Indictment.

A TRUE BILL

FOREPERSON

DAVID J. HALE
UNITED STATES ATTORNEY

JSD:1-6-14

3

UNITED STATES OF AMERICA v. **BRIAN S. REED, ET AL.**

## PENALTIES

Counts 1-2:     NL 10 yrs./NM Life/$10,000,000/both/NL 5 yrs. Supervised Release (each count)
                NL 20 yrs./NM Life/$20,000,000/both/NL 10 yrs. Supervised Release
                (With notice of one prior felony drug conviction)
                NL Life/$10,000,000/both)

Forfeiture

## NOTICE

## ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

Misdemeanor: $ 25 per count/individual      Felony: $100 per count/individual
             $125 per count/other                  $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.
   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.
   18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.  That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.  Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

|  |  |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Co<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No.

# UNITED STATES DISTRICT COURT

Western District of Kentucky
Louisville Division

### THE UNITED STATES OF AMERICA

vs.

BRIAN S. REED, a/k/a "B"; STACY T. TODD;

JESSE K. TODD; ENRIQUE V. VALENCIA;

MIGUEL A. GARCIA; ANGEL GOMEZ;

JERRY E. DOUGLAS, JR.; DEBOE DAWSON

RANDALL MARSHALL; TIMOTHY J. TAYLOR

## INDICTMENT

**Title 21 U.S.C. §§ 846; 841(b)(1)(A):
Conspiracy to Possess with the Intent to
Distribute and Distribution of Heroin; Attempt
to Possess with the Intent to Distribute Heroin.**

*A true bill.*

_____
*Foreman*

*Filed in open court this* 7th day, *of* January, A.D. 2014.

_____
*Clerk*

*Bail, $*

USDC KYWD 245B (12/04) Sheet 1 - Judgment in a Criminal Case

# United States District Court
## Western District of Kentucky
### LOUISVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **JUDGMENT IN A CRIMINAL CASE** |
| **V.** | (For Offenses Committed On or After November 1, 1987) |
| **Brian S. Reed** | **Case Number: 3:14-CR-3-1-TBR** |
| | **US Marshal No: 15436-033** |

Counsel for Defendant: **Frank  Mascagni, Retained**
Counsel for the United States: **Scott Davis,  Asst. U.S. Atty.**
Court Reporter: **Alan W. Wernecke**

## THE DEFENDANT:

☒ **Pursuant to a Rule 11(c)(1)(B) plea agreement**

☒ **Pleaded guilty to Count 1 in the Indictment, knowingly, willingly and voluntarily on November 17 2015.**

☐ Pleaded nolo contendere to count(s)
which was accepted by the court.

☐ Was found guilty on count(s)
after a plea of not guilty

**ACCORDINGLY**, the Court has adjudicated that the defendant is guilty of the following offense(s):

| | **Date Offense** | |
|---|---|---|
| **Title / Section and Nature of Offense** | **Concluded** | **Count** |

**FOR CONVICTION OFFENSE(S) DETAIL - SEE COUNTS OF CONVICTION ON PAGE 2**

The defendant is sentenced as provided in pages  2  through  7  of this Judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s)                                        (Is) (are) dismissed on the motion of the United States.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and the United States Attorney of any material change in the defendant's economic circumstances.

 **2/24/2016**
## Date of Imposition of Judgment

DEFENDANT: **Reed , Brian S.**
CASE NUMBER: **3:14-CR-3-1-TBR**

# COUNTS OF CONVICTION

| Title / Section and Nature of Offense | Date Offense Concluded | Count |
|---|---|---|
| 21 USC 846 and 841(b)(1)(A) CONSPIRACY TO KNOWINGLY AND INTENTIONALLY POSSESS WITH INTENT TO DISTRIBUTE HEROIN | 1/6/2014 | 1 |

Judgment-Page _3_ of _7_

DEFENDANT: **Reed , Brian S.**
CASE NUMBER: **3:14-CR-3-1-TBR**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **24 months as to Count 1 in the Indictment**.

☒ **The Court makes the following recommendations to the Bureau of Prisons:**

**The Defendant be placed in a facility wherein he may participate in a Residential Drug Abuse Treatment Program (RDAP) for treatment of narcotic addiction and/or drug/alcohol abuse and be placed in a facility that is near his family in North Carolina.**

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at          A.M. / P.M. on

    ☐ as notified by the United States Marshal.

☒ **The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:**

    ☐ Before 2:00 p.m. on

    ☐ as notified by the United States Marshal.

    ☒ **as notified by the Probation or Pretrial Services Office.**

    ☒ **The defendant shall continue under the terms and conditions of his/her present bond pending surrender to the institution.**

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ To _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
         Deputy U.S. Marshal

Judgment-Page _4_ of _7_

DEFENDANT: **Reed , Brian S.**
CASE NUMBER: **3:14-CR-3-1-TBR**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **five (5) years as to Count 1.**

The defendant shall report to the probation office in the district in which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.

☒ **The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.**

☒ **The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) As directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he Or she resides, works, is a student, or was convicted of a qualifying offense.

☐ The defendant shall participate in an approved program for domestic violence.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without the permission of the court or probation officer;
2) The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of Each month;
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) The defendant shall support his or her dependents and meet other family responsibilities;
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other Acceptable reasons;
6) The defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any Controlled substance or paraphernalia related to any controlled substances, except as prescribed by a physician;
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a Felony unless granted permission to do so by the probation officer;
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any Contraband observed in plain view of the probation officer;
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the Permission of the court;
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal Record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the Defendant's compliance with such notification requirement.

USDC KYWD 245B (12/04) Sheet 3A - Additional Supervised Release Terms

DEFENDANT: **Reed , Brian S.**
CASE NUMBER: **3:14-CR-3-1-TBR**

## ADDITIONAL SUPERVISED RELEASE TERMS

14) The defendant shall participate in a program approved by the U.S. Probation Office for treatment of narcotic addiction or drug or alcohol dependency, which will include testing for the detection of substance use or abuse. The defendant shall contribute to the Probation Office's cost of services rendered based upon his ability to pay as reflected in his monthly cash flow as it relates to the court-approved sliding fee scale.

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision, (2) extend the term of supervision and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

_____
Defendant                                                                                Date

_____
U.S. Probation Officer/Designated Witness                    Date

USDC KYWD 245B (12/04) Sheet 5 - Criminal Monetary Penalties

DEFENDANT: **Reed , Brian S.**
CASE NUMBER: **3:14-CR-3-1-TBR**

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **Totals:** | $ 100.00 | | |

☒ **The fine and the costs of incarceration and supervision are waived due to the defendant's inability to pay.**

☐ The determination of restitution is deferred until ____ . An Amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

☒ **Restitution is not an issue in this case.**

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid in full prior to the United States receiving payment.

| **Name of Payee** | **** Total Amount of Loss** | **Amount of Restitution Ordered** | **Priority Order Or Percentage Of Payment** |
|---|---|---|---|
|  |  |  |  |

☐ If applicable, restitution amount ordered pursuant to plea agreement. . . . . $

☐ The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. 3612(f). All of the payment options on Sheet 5, Part B may be Subject to penalties for default and delinquency pursuant to 18 U.S.C. 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ The interest requirement is waived for the ☐ Fine and/or ☐ Restitution

☐ The interest requirement for the ☐ Fine and/or ☐ Restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

Judgment-Page _7_ of _7_

DEFENDANT: **Reed , Brian S.**
CASE NUMBER: **3:14-CR-3-1-TBR**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A ☐   Lump sum payment of $        Due immediately, balance due

     ☐   not later than        , or

     ☐   in accordance with C, D, or E below); or

B ☐   Payment to begin immediately (may be combined with C, D, or E below); or

C ☐   Payment in      (E.g. equal, weekly, monthly, quarterly) installments of $
     Over a period of     (E.g. months or years) year(s) to commence      (E.g., 30 or 60 days)
     after        The date of this judgment; or

D ☐   Payment in      (E.g. equal, weekly, monthly, quarterly) installments of $
     Over a period of     (E.g. months or years) year(s) to commence      (E.g., 30 or 60 days)
     after        Release from imprisonment to a term of supervision; or

E ☒   **Special instructions regarding the payment of criminal monetary penalties:**

     **Any balance of criminal monetary penalties owed upon incarceration shall be paid in quarterly installments of at least $25 based on earnings from an institution job and/or community resources (other than Federal Prison Industries), or quarterly installments of at least $60 based on earnings from a job in Federal Prison Industries and/or community resources, during the period of incarceration to commence upon arrival at the designated facility.**

     **Upon commencement of the term of supervised release, the probation officer shall review your financial circumstances and recommend a payment schedule on any outstanding balance for approval by the court. Within the first 60 days of release, the probation officer shall submit a recommendation to the court for a payment schedule, for which the court shall retain final approval.**

**Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons Inmate Financial Responsibility Program, are to be made to the United States District Court, Gene Snyder Courthouse, 601 West Broadway, Suite 106, Louisville, KY 40202, unless otherwise directed by the Court, the Probation Officer, or the United States Attorney.**

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

     Defendant Name, Case Number, and Joint and Several Amount:

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☒   **The defendant shall forfeit the defendant's interest in the following property to the United States:**
     **Forfeiture shall be addressed by a separate order from the Court.**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
| --- | --- |
| | 0644 3:14CR00003 |

## TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| | Western District Of Kentucky | |
| | NAME OF SENTENCING JUDGE | |
| Brian S. Reed<br>Concord, North Carolina 28027 | Thomas B. Russell, Senior Judge, United States District Court | |

| | | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
| --- | --- | --- | --- | --- |
| | | | 11/7/17 | 11/6/22 |

**OFFENSE**

Conspiracy to Knowingly and Intentionally Possess with Intent to Distribute and Distribute Heroin

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Middle District of North Carolina   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

January 16, 2018

*Date*

**Thomas B. Russell, Senior Judge**
**United States District Court**

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Middle   DISTRICT OF   North Carolina

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1-23-2018

*Effective Date*

*United States District Judge*